James M. Nelson - SBN 116442
Angela L. Diesch - SBN 256253
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709
nelsonj@gtlaw.com
diescha@gtlaw.com

Attorneys for Defendant
RTI Surgical, Inc. (formerly known as
RTI Biologics, Inc.)

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STOLLER,<br><br>    Plaintiff,<br><br>v.<br><br>RTI BIOLOGICS, INC., a Florida corporation; TIMOTHY P. O'BRIEN, an individual,<br><br>    Defendants. | CASE NO.  2:13-cv-01216-MCE-DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT STATUS REPORT**<br><br><br>Complaint Filed:  June 18, 2013 |

Plaintiff BRIAN STOLLER and Defendants RTI SURGICAL, INC. (formerly known as RTI BIOLOGICS, INC.) and TIMOTHY O'BRIEN, by and through their respective counsel, respectfully request and stipulate, as follows:

1. WHEREAS, defendant RTI SURGICAL, INC. has responded to plaintiff's complaint;

2. WHEREAS, defendant TIMOTHY O'BRIEN's last day to respond to plaintiff's complaint is November 4, 2013;

3. WHEREAS, due to calendaring and scheduling conflicts, the parties have not been able to meet and confer pursuant to Fed. R. Civ. P. 26(a), but are diligently pursuing a time amenable to all parties to meet and confer;

4. WHEREAS, due to the parties inability to meet and confer the parties have been unable to prepare the Joint Status Report as ordered by the Court;

5. THEREFORE, IT IS HEREBY STIPULATED by and between parties to this action through their respective designated counsel that the last day for the parties to timely file the Joint Status Report be continued by sixty days up to and including January 3, 2014.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 29, 2013        GREENBERG TRAURIG, LLP

By  /s/ Angela L. Diesch
    James M. Nelson
    Angela L. Diesch
    Attorneys for Defendant RTI Surgical, Inc.
    (formerly known as RTI Biologics, Inc.)

| | | |
|---|---|---|
| 1 | DATED:  October 29, 2013 | PORTER SCOTT |

By */s/ Nancy Sheehan*
Nancy Sheehan
Attorneys for Defendant Timothy O'Brien

DATED:  October 29, 2013            THE VELEZ LAW FIRM

By */s/ Mark P. Velez*
Mark P. Velez
Karen Asplund Velez
Attorneys for Plaintiff Brian Stoller

**ORDER**

Pursuant to the Stipulation of counsel and for good cause shown, IT IS HEREBY ORDERED that the last day for the parties to timely file the Joint Status Report be continued by sixty days up to and including January 3, 2014.  The Joint Status Report shall address the same matters described in this Court's Order Requiring Joint Status Report (Dkt. No. 5).

**IT IS SO ORDERED.**

**Dated:  October 30, 2013**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2