DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
3638 American River Drive
Sacramento, CA  95864
Tel:  (916) 974-3500
Fax: (916) 520-3497
E-mail: dheller@donaldhellerlaw.com

ATTORNEYS FOR PLAINTIFF
BRIAN STOLLER

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISCTRICT OF CALIFORNIA

| BRIAN STOLLER,<br><br>                Plaintiff,<br><br>vs.<br><br>RTI BIOLOGICS, INC., A Florida Corporation; TIMOTHY P. O'BRIEN, An Individual,<br><br>                Defendant. | CASE NO.  2:13-cv-01216-MCE-DAD<br><br>RETRAXIT AND STIPULATION TO DISMISS ACTION WITH PREJUDICE |
|---|---|

   Plaintiff BRIAN STOLLER, by and through his counsel of record, voluntarily renunciates all of the allegations contained in the Complaint for Damages filed in this action on June 18, 2013 [Docket item no. 2].  Plaintiff admits that all of the allegations in the Complaint against Defendants RTI BIOLOGICS, INC. and TIMOTHY P. O'BRIEN were baseless, and lacked factual and legal support.  In consideration for Defendants' agreement to enter into this Stipulation, Plaintiff shall pay to Defendant RTI BIOLOGICS, INC. reimbursement of attorney's fees and costs incurred in defending the meritless claims he asserted against Defendants and each of them.

   Based on the agreement set forth above, Plaintiff requests that this action be dismissed with prejudice in its entirety.

Dated: September 10, 2014                  /s/ Donald H. Heller
                                           DONALD H. HELLER
                                           A Law Corporation


Dated: September 10, 2014                  /s/ Nancy Sheehan
                                           NANCY SHEEHAN
                                           Porter Scott, PC

Dated: September 10, 2014                  Alden John Parker
                                           ALDEN JOHN PARKER
                                           Weintraub Tobin Chediak Coleman Grodin
                                           Law Corporation

## ORDER

Pursuant to the parties' joint stipulation (ECF No. 33) and Federal Rule of Civil Procedure 41, this case is DISMISSED with prejudice in its entirety. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.
Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT